# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**F5, INC.,**<br><br>*Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant F5, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief, if any, against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: June 14, 2024 | Respectfully submitted, |
| *Counsel for Plaintiff OptiMorphix, Inc.* | *Counsel for Defendant F5, Inc.* |

/s/ *Daniel P. Hipskind*
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

By: /s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000
Email: RAlsalam@perkinscoie.com

M. Craig Tyler, Bar No. 00794762
PERKINS COIE LLP
405 Colorado Street, Ste. 1700
Austin, TX 78701
Phone: 737-256-6100
Fax: 737-256-6300