AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Texarkana Division__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:24-cv-26 | DATE FILED<br>2/22/2024 | U.S. DISTRICT COURT<br>Eastern District of Texas, Texarkana Division |
|---|---|---|
| PLAINTIFF<br>OptiMorphix, Inc. | | DEFENDANT<br>F5, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,099,273 B2 | 8/29/2006 | OptiMorphix, Inc. |
| 2 | 7,136,353 B2 | 11/14/2006 | OptiMorphix, Inc. |
| 3 | 7,586,871 B2 | 9/8/2009 | OptiMorphix, Inc. |
| 4 | 7,616,559 B2 | 11/10/2009 | OptiMorphix, Inc. |
| 5 | 8,429,169 B2 | 4/23/2013 | OptiMorphix, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

ORDERED that Plaintiff's claims for relief against Defendant are DISMISSED WITH PREJUDICE and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are DISMISSED WITHOUT PREJUDICE.

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>SLO | DATE<br>6/25/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**