AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of Texas, Texarkana Division** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:24-cv-26 | DATE FILED<br>2/22/2024 | U.S. DISTRICT COURT<br>Eastern District of Texas, Texarkana Division |
|---|---|---|
| PLAINTIFF<br>OptiMorphix, Inc. | | DEFENDANT<br>F5, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,521,901 B2 | 8/27/2013 | OptiMorphix, Inc. |
| 2 | 9,936,040 B2 | 4/3/2018 | OptiMorphix, Inc. |
| 3 | 10,264,093 B2 | 4/16/2019 | OptiMorphix, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

ORDERED that Plaintiff's claims for relief against Defendant are DISMISSED WITH PREJUDICE and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are DISMISSED WITHOUT PREJUDICE

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>SLO | DATE<br>6/25/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**